IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

NEW YORK LIFE INSURANCE COMPANY and
NEW YORK LIFE INSURANCE AND
ANNUITY CORPORATION,

       Plaintiffs,        Case No. 15-C-1198

    vs.

TERRY GILBERTSON, GALE GILBERTSON,
INDIVIDUALLY AND AS TRUSTEE OF THE
BRIAN M. GILBERTSON IRREVOCABLE
SPECIAL NEEDS TRUST, and THE STATE OF
WISCONSIN DEPARTMENT OF HEALTH SERVICES,

       Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter having come before the Court on the Parties' Joint Stipulation of Dismissal, the Court HEREBY approves said stipulation and DISMISSES the case filed in the above-captioned action WITHOUT PREJUDICE.

Dated this 2nd day of December, 2015.

                                          s/ William C. Griesbach
                                          William C. Griesbach, Chief Judge
                                          United States District Court, WIED